# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2019

## NO. 03-19-00251-CV

**Craig Mack, Appellant**

**v.**

**The State of Texas, Windham School District; Melanie Black;
Shelly Kroll; Gary Wright; Bryan Collier, Timothy R. Fitzpatrick;
Hollis R. Wilcox; Rebecka Lewis; and Kisha Stott, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment rendered by the trial court on March 5, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.